534 A.2d 1050

**COMMONWEALTH of Pennsylvania**

v.

**Barry MOURAR, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Dec. 4, 1987.

William J. Honig, Norristown, for appellant.

James P. MacElree, II, Dist. Atty., Stuart Suss, Director of Appeals, West Chester, for appellee.

84

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order of Superior Court vacated and matter remanded to that court for further proceedings in light of *Commonwealth v. Sessoms*, 516 Pa. 365, 532 A.2d 775 (1987).